KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile:  (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DARLENE JONES-JOHNSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JO ANNE B. BARNHART, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL NO.  05-04624 PJH <br><br> STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that defendant Commissioner may have an extension of 30 days in which to file her response to plaintiff's motion for summary judgment.[1]  Defendant's response was due on May 24, 2005, pursuant to Civil L.R.16-5.  Defendant's response is now due on June 23, 2005.

///
///
///
///
///
///
///

---

[1]  See attached Declaration of Theophous H. Reagans..

1 | This is defendant's first request.

5 | Dated: May 15, 2006

/s/
LISA LUNSFORD
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

12 | Dated: May 16, 2006     By:     /s/
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

19 | Dated:  5/18/06

IT IS SO ORDERED
Judge Phyllis J. Hamilton

JONES-JOHNSON, EXT.MXSJ (tr)
C 05-04624 PJH                                2

KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, SBN 88143
Assistant United States Attorney
Acting Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile:  (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DARLENE JONES-JOHNSON,<br><br>          Plaintiff,<br><br>     v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>          Defendant. | CIVIL NO. C-05-04624 PJH<br><br>DECLARATION OF THEOPHOUS H. REAGANS IN SUPPORT OF DEFENDANT'S REQUEST FOR EXTENSION OF TIME |

I, Theophous H. Reagans, declare and state as follows:

   1.   I am an Assistant Regional Counsel in the Office of the General Counsel for the United States Social Security Administration ("SSA"), Region IX.

   2.   I am requesting a 30-day extension for further review of this case and for preparation of a cross-motion. I was out of the office due to illness this past week and will be out of the office on leave for three days next week. As a consequence I will be unable to complete my review and draft of an opposition motion by the due date.

///

///

///

1 | I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.
2 | Executed in San Francisco, California on May 12, 2006.
3 |
4 |                 By       /s/
                    THEOPHOUS H. REAGANS
5 |                     Assistant Regional Counsel