UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARLENE JONES-JOHNSON,

    Plaintiff,

    v.

JO ANNE B. BARNHART, Commissioner of Social Security Administration,

    Defendant.
_____/

No. C 05-4624 PJH

**JUDGMENT**

This action having come before the court on the plaintiff's motion for summary judgment and the defendant's cross-motion for summary judgment, and the court having granted plaintiff's motion in part,

it is Ordered and Adjudged

that the Commissioner's final decision is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). This constitutes a final judgment and closes the case and terminates all pending motions.

Dated: December 22, 2006

**IT IS SO ORDERED.**

_____
PHYLLIS J. HAMILTON
United States District Judge