```
JOSEPH P. RUSSONIELLO
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
THEOPHOUS H. REAGANS CA189450
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE JONES-JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　　　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>　　　　Defendant. | CIVIL NO. C-05-4624 PJH<br><br>STIPULATION AND P~~ROPOSED~~ ORDER |

　　　IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the Court's approval, that counsel for Plaintiff be awarded attorney fees under the Equal Access to Justice Act, (EAJA) in the amount of THREE THOUSAND SEVEN HUNDRED AND FORTY FOUR DOLLARS ($3,744.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by the attorney in connection with this civil action in accordance with 28 U.S.C. § 2412(d).

　　　This stipulation does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed upon amounts shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA attorney fees and costs in connection with this action.

　　　This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act

1 | attorney fees, under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

2

3 | Dated: *October 5, 2007*          _____
                                    *(As authorized via telephone on October 5, 2007)*
4                                     LISA LUNSFORD

5                                    Attorney for Plaintiff

6

7                                     JOSEPH P. RUSSONIELLO
                                    United States Attorney

8 | Dated: *October 5, 2007*          By: *Theophous H. Reagans*
9                                     THEOPHOUS H. REAGANS
                                    Special Assistant United States Attorney

10

11

12 | PURSUANT TO STIPULATION, IT IS SO ORDERED that counsel for Plaintiff shall be awarded

13 | attorney fees in the amount of THREE THOUSAND, SEVEN HUNDRED AND FORTY FOUR

14 | DOLLARS ($3,744.00), as authorized by 28 U.S.C. § 2412(d).

15

16

17

18 | Dated: 2/24/09

                        PHYLLIS J. HAMILTON
                        United States District Judge

*IT IS SO ORDERED — Judge Phyllis J. Hamilton (signature stamp, United States District Court, Northern District of California)*

2